| | |
|---|---|
| 1 | JEFFREY D. MEYER |
| | MOULTON & MEYER, LLP |
| 2 | 800 Taft |
| | Houston, Texas 77019 |
| 3 | (713) 353-6699 Telephone |
| | (713) 353-6698 Telecopier |
| 4 | *Pro hac vice* application to be filed |
| 5 | GEORGE L. HAMPTON IV, State Bar No. 144433 |
| | HAMPTONHOLLEY LLP |
| 6 | 2101 East Coast Highway, Suite 260 |
| | Corona del Mar, CA 92625 |
| 7 | Telephone: (949) 718-4550 |
| | Facsimile: (949) 718-4580 |
| 8 | |
| | CHRISTOPHER A. BANDAS |
| 9 | BANDAS LAW FIRM, P.C. |
| | 500 North Shoreline, Suite 1020 |
| 10 | Corpus Christi, Texas 78471 |
| | Telephone: (361) 698-5200 |
| 11 | Facsimile: (361) 698-5222 |
| | *Pro hac vice* application to be filed |
| 12 | |
| | *Additional Counsel on last page |
| 13 | |
| | Attorneys for Plaintiff |
| 14 | MAHBOD KHALILPOUR |
| | and Plaintiff Class |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAHBOD KHALILPOUR, on behalf of himself and all others similarly situated, | Case No. C 09-02712 CW |
| Plaintiffs, | **STIPULATION AND ORDER TO ALLOW FILING OF FIRST AMENDED COMPLAINT** |
| v. | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; and DOES 1 through 10, inclusive, | |
| Defendants. | |

- 1 -

STIPULATION AND [PROPOSED] ORDER TO ALLOW
FILING OF FIRST AMENDED COMPLAINT
Case No. C 09-02712 CW

WHEREAS, on April 24, 2009, Plaintiff filed a complaint in the Alameda County Superior Court;

WHEREAS, on June 18, 2009, Defendant filed a notice of removal and removed the matter to the United States District Court for the Northern District of California;

WHEREAS, on July 22, 2009, Defendant filed an answer to Plaintiff's complaint;

WHEREAS, on or about August 4, 2009, the parties agreed to allow Plaintiff to file a first amended complaint;

WHEREAS, on or about August 4, 2009, the parties agreed that Defendant shall have until September 8, 2009 to file an answer to Plaintiff's first amended complaint;

THEREFORE, it is hereby stipulated and agreed to by and between the parties, through their counsel of record, that Plaintiff shall file a first amended complaint, and that Defendant shall have until September 8, 2009 to file an answer to Plaintiff's first amended complaint.

DATED: July _, 2009        **RAO ONGARO BURTT & TILIAKOS LLP**

By: _____
     Amelia D. Winchester

Attorneys for Plaintiff
MAHBOD KHALILPOUR

DATED: July __, 2009       **MORRISON & FOERSTER LLP**

By: _____
     Tiffany Cheung

Attorneys for Defendant
CELLCO PARTNERSHIP d/b/a Verizon Wireless

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 8/17/09             By: _____
                                United States District Judge

- 2 -

STIPULATION AND [PROPOSED] ORDER TO ALLOW
FILING OF FIRST AMENDED COMPLAINT
Case No. C 09-02712 CW