| | |
|---|---|
| 1 | JEFFREY D. MEYER |
| | MOULTON & MEYER, LLP |
| 2 | 800 Taft |
| | Houston, Texas 77019 |
| 3 | (713) 353-6699 Telephone |
| | (713) 353-6698 Telecopier |
| 4 | *Pro hac vice* application to be filed |

GEORGE L. HAMPTON IV, State Bar No. 144433
HAMPTONHOLLEY LLP
2101 East Coast Highway, Suite 260
Corona del Mar, CA 92625
Telephone: (949) 718-4550
Facsimile:  (949) 718-4580

CHRISTOPHER A. BANDAS
BANDAS LAW FIRM, P.C.
500 North Shoreline, Suite 1020
Corpus Christi, Texas 78471
Telephone:  (361) 698-5200
Facsimile: (361) 698-5222
*Pro hac vice* application to be filed

\*Additional Counsel on last page

Attorneys for Plaintiff
MAHBOD KHALILPOUR
and Plaintiff Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAHBOD KHALILPOUR, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 09-02712 CW<br><br>**STIPULATION AND ORDER** |

- 1 -

STIPULATION AND ORDER
Case No. C 09-02712 CW

WHEREAS, on April 24, 2009, Plaintiff filed a complaint in this class action lawsuit, which relates to California consumers' purchases of Unlimited option Get It Now games from Defendant Verizon Wireless, in the Alameda County Superior Court;

WHEREAS, on June 18, 2009, Defendant filed a notice of removal and removed the case to the United States District Court for the Northern District of California;

WHEREAS, on September 1, 2009, Plaintiff filed a First Amended Complaint;

WHEREAS, on September 22, 2009, Plaintiff served its First Set of Requests for Production of Documents and First Set of Interrogatories on Defendant;

WHEREAS, thereafter, the parties agreed to extend Defendant's deadline to respond to Plaintiff's discovery requests while the parties engaged in private mediation;

WHEREAS, the parties participated in an all-day mediation session with The Honorable William J. Cahill (ret.) on December 21, 2009;

WHEREAS, the parties made progress during this mediation session and intend to continue the mediation process;

WHEREAS, the parties have begun discovery related to class issues, but require additional time to complete class-related discovery;

THEREFORE, it is hereby stipulated and agreed to by and between the parties, through their counsel of record, that the case schedule be modified as follows:

Plaintiff shall disclose the identities and reports of any expert witnesses regarding class certification by April 13, 2010.  Defendant shall disclose the identities and reports of any expert witnesses regarding class certification by April 27, 2010.  Expert discovery regarding class certification shall be completed by May 18, 2010.  Plaintiff shall have until May 18, 2010 to file its motion for class certification, Defendant shall have until June 24, 2010 to file its opposition, Plaintiff shall have until July 8, 2010 to file its reply, and the hearing shall be set for July 22, 2010 or as soon thereafter as is convenient with the Court's calendar.

The parties further request that the case management conference currently scheduled for April 29, 2010 be rescheduled to the same date as the rescheduled class certification hearing.

- 2 -

STIPULATION AND ORDER
Case No. C 09-02712 CW

| | | |
|---|---|---|
| 1 | DATED: January 11, 2010 | **RAO ONGARO BURTT & TILIAKOS LLP** |
| 2 | | |
| 3 | | By: _____/s/_____<br>Amelia D. Winchester |
| 4 | | Attorneys for Plaintiff<br>MAHBOD KHALILPOUR |
| 5 | | |
| 6 | | |
| 7 | DATED: January 11, 2010 | **MORRISON & FOERSTER LLP** |
| 8 | | By: _____/s/_____<br>Tiffany Cheung |
| 9 | | |
| 10 | | Attorneys for Defendant<br>CELLCO PARTNERSHIP d/b/a Verizon Wireless |
| 11 | | |
| 12 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** | |
| 13 | | |
| 14 | DATED: 1/14/10 | By: _____[signature]_____<br>United States District Judge |

- 3 -

STIPULATION AND ORDER
Case No. C 09-02712 CW