1 | DAN MARMALEFSKY (CA SBN 95477)
  | DMarmalefsky@mofo.com
2 | MORRISON & FOERSTER LLP
  | 555 West Fifth Street
3 | Los Angeles, California  90013-1024
  | Telephone: 213.892.5200
4 | Facsimile: 213.892.5454

5 | PENELOPE A. PREOVOLOS (CA SBN 87607)
  | PPreovolos@mofo.com
6 | TIFFANY CHEUNG (CA SBN 211497)
  | TCheung@mofo.com
7 | MORRISON & FOERSTER LLP
  | 425 Market Street
8 | San Francisco, California  94105-2482
  | Telephone: 415.268.7000
9 | Facsimile: 415.268.7522

10 | Attorneys for Defendant
   | CELLCO PARTNERSHIP
11 | d/b/a VERIZON WIRELESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAHBOD KHALILPOUR, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.   C 09-02712 RS<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING DATE FOR CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER
CASE NO. C 09-02712 RS
sf-2878455

Pursuant to Civil Local Rules 6-2 and 7-12, the parties, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, a Case Management Conference is currently scheduled for August 12, 2010;

WHEREAS, the parties are still in the process of negotiating a settlement of the action;

WHEREAS, the parties believe that a two-week continuance of the case management conference will provide sufficient time for the parties to conclude their negotiations;

WHEREAS, the continuance will not have an effect on the schedule for the case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT:

1. The Case Management Conference is moved to August 26, 2010. at 10:00 a.m.

Dated: August 4, 2010                    MORRISON & FOERSTER LLP

                                         By:   /s/ Penelope A. Preovolos
                                                 Penelope A. Preovolos

                                         Attorneys for Defendant
                                         CELLCO PARTNERSHIP d/b/a
                                         Verizon Wireless

Dated: August 4, 2010                    ONGARO & BURTT LLP

                                         By:   /s/ David R. Ongaro
                                                 David R. Ongaro

                                         Attorneys for Plaintiff
                                         MAHBOD KHALILPOUR

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

                                         By:   /s/  Penelope A. Preovolos
                                                 Penelope A. Preovolos

1
2
**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 4, 2010

_____
The Honorable Richard Seeborg
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER
CASE NO. C 09-02712 RS
sf-2878455

2