**United States District Court**
For the Northern District of California

***E-Filed  8/25/10*** 

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAHBOD KHALILPOUR,

          Plaintiffs,

  v.

CELLCO PARTNERSHIP,

          Defendants.
_____/

No. C 09-02712 RS

**STANDBY ORDER TO SHOW CAUSE**

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by**, October 28, 2010**.   If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **November 4, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.

No. C 09-02712 RS
STANDBY ORDER TO SHOW CAUSE

1   Failure to comply with this Order may result in dismissal of the case.

2

3   IT IS SO ORDERED.

4

5

6   Dated: 8/25/10

7                                 RICHARD SEEBORG
                              UNITED STATES MAGISTRATE JUDGE

No. C 09-02712 RS
STANDBY ORDER TO SHOW CAUSE