*E-Filed 10/6/10*

1  JEFFREY D. MEYER
   MOULTON & MEYER, LLP
2  800 Taft
   Houston, Texas 77019
3  (713) 353-6699 Telephone
   (713) 353-6698 Telecopier
4  *Pro hac vice* application to be filed

5  GEORGE L. HAMPTON IV, State Bar No. 144433
   HAMPTONHOLLEY LLP
6  2101 East Coast Highway, Suite 260
   Corona del Mar, CA 92625
7  Telephone: (949) 718-4550
   Facsimile:  (949) 718-4580
8
   CHRISTOPHER A. BANDAS
9  BANDAS LAW FIRM, P.C.
   500 North Shoreline, Suite 1020
10 Corpus Christi, Texas 78471
   Telephone:  (361) 698-5200
11 Facsimile: (361) 698-5222
   *Pro hac vice* application to be filed
12
   *Additional Counsel on last page
13
   Attorneys for Plaintiff
14 MAHBOD KHALILPOUR
   and Plaintiff Class

15

16                              UNITED STATES DISTRICT COURT

17                             NORTHERN DISTRICT OF CALIFORNIA

18                                   SAN FRANCISCO DIVISION

19

20
    MAHBOD KHALILPOUR, on behalf of himself       Case No. C 09-02712 RS
21  and all others similarly situated,
                                                   **STIPULATION AND
22                     Plaintiffs,                 [PROPOSED] ORDER**
                                                   AS MODIFIED BY THE COURT
23           v.

24  CELLCO PARTNERSHIP d/b/a VERIZON
    WIRELESS; and DOES 1 through 10, inclusive,
25
                       Defendants.
26

27

28

WHEREAS, on August 25, 2010, the parties informed the Court that they had reached a settlement on a class-wide basis in the above-entitled matter;

WHEREAS, on August 25, 2010, the Court issued a standby order requiring the parties to file a stipulation of dismissal by October 28, 2010, or, if the statement is not filed by that date, ordering the parties to appear on November 4, 2010 to show cause why the case should not be dismissed;

WHEREAS, Plaintiff is in the process of engaging in confirmatory discovery regarding the terms of the class action settlement;

WHEREAS, the parties are in the process of completing the documentation required for a class action settlement;

WHEREAS, the parties anticipate that completion of confirmatory discovery and settlement documentation will require three to four months;

WHEREAS, once the confirmatory discovery and settlement documentation are complete, Plaintiff will file a motion for preliminary approval of the class action settlement;

WHEREAS, the parties agree that the motion for preliminary approval shall be filed no later than January 13, 2011;

WHEREAS, the parties agree that, subject to the Court's approval, the deadline to file a stipulation of dismissal and the order to show cause hearing shall be moved from October 28, 2010 and November 4, 2010, respectfully, to dates following Plaintiff's filing of the motion for preliminary approval of class action settlement and motion for final approval of class action settlement;

THEREFORE, it is hereby stipulated and agreed to by and between the parties, through their counsel of record, that the deadline for Plaintiff to file a motion for preliminary approval of class action settlement shall be January 13, 2011, and the deadline to file a stipulation of dismissal and the order to show cause hearing shall be ~~moved from October 28, 2010 and November 4, 2010~~ **VACATED    RS** to future dates following Plaintiff's submission of the motion for preliminary approval of class action settlement and motion for final approval of class action settlement.

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. C 09-02712 RS

| | | |
|---|---|---|
| 1 | DATED: October 5, 2010 | **ONGARO BURTT & LOUDERBACK LLP** |
| 2 | | |
| 3 | | By: /s/ *Amelia D. Winchester* <br> Amelia D. Winchester |
| 4 | | Attorneys for Plaintiff <br> MAHBOD KHALILPOUR |
| 5 | | |
| 6 | | |
| 7 | DATED: October 5, 2010 | **MORRISON & FOERSTER LLP** |
| 8 | | By: /s/ *Penelope Preovolos* <br> Penelope Preovolos |
| 9 | | |
| 10 | | Attorneys for Defendant <br> CELLCO PARTNERSHIP d/b/a Verizon Wireless |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   10/5/10            By: _[signature]_
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DAVID R. ONGARO, State Bar No. 154698
AMELIA D. WINCHESTER, State Bar No. 257928
ONGARO BURTT & LOUDERBACK LLP
595 Market Street, Suite 610
San Francisco, CA  94105
Telephone:  (415) 433-3900
Facsimile:  (415) 433-3950

- 4 -

STIPULATION AND [PROPOSED] ORDER
Case No. C 09-02712 RS