1  JEFFREY D. MEYER
   MOULTON & MEYER, LLP
2  800 Taft
   Houston, Texas 77019
3  (713) 353-6699 Telephone
   (713) 353-6698 Telecopier
4  *Pro hac vice* application to be filed

5  GEORGE L. HAMPTON IV, State Bar No. 144433
   HAMPTONHOLLEY LLP
6  2101 East Coast Highway, Suite 260
   Corona del Mar, CA 92625
7  Telephone: (949) 718-4550
   Facsimile:  (949) 718-4580
8
   CHRISTOPHER A. BANDAS
9  BANDAS LAW FIRM, P.C.
   500 North Shoreline, Suite 1020
10 Corpus Christi, Texas 78471
   Telephone:  (361) 698-5200
11 Facsimile: (361) 698-5222
   *Pro hac vice* application to be filed
12
   *Additional Counsel on last page
13
   Attorneys for Plaintiff
14 MAHBOD KHALILPOUR
   and Plaintiff Class
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAHBOD KHALILPOUR, on behalf of himself and all others similarly situated, | Case No. C 09-02712 RS |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; and DOES 1 through 10, inclusive, | |
| Defendants. | |

- 1 -

WHEREAS, on August 25, 2010, the parties informed the Court that they had reached a settlement on a class-wide basis in the above-entitled matter;

WHEREAS, the parties are in the process of engaging in confirmatory discovery regarding the terms of the class action settlement;

WHEREAS, the parties are in the process of completing the documentation required for a class action settlement;

WHEREAS, the parties anticipate that confirmatory discovery and settlement documentation will take several additional weeks to complete;

WHEREAS, once confirmatory discovery and settlement documentation are complete, Plaintiff will file a motion for preliminary approval of the class action settlement;

WHEREAS, the parties agree that the deadline for Plaintiff to file a motion for preliminary approval of the class action settlement shall be extended from January 13, 2011 to March 21, 2011;

THEREFORE, it is hereby stipulated and agreed to by and between the parties, through their counsel of record, that the deadline for Plaintiff to file a motion for preliminary approval of class action settlement shall be extended from January 13, 2011 to March 21, 2011.

DATED: January 6, 2011                      **ONGARO BURTT & LOUDERBACK LLP**

                                            By:  /s/ Amelia D. Winchester
                                                 Amelia D. Winchester

                                            Attorneys for Plaintiff
                                            MAHBOD KHALILPOUR

DATED: January 6, 2011                      **MORRISON & FOERSTER LLP**

                                            By:  /s/ Penelope Preovolos
                                                 Penelope Preovolos

                                            Attorneys for Defendant
                                            CELLCO PARTNERSHIP d/b/a Verizon Wireless

- 2 -

STIPULATION AND [PROPOSED] ORDER
Case No. C 09-02712 RS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   1/7/11              By: _____
                                  United States District Judge

- 3 -

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. C 09-02712 RS