*E-Filed 3/22/11*

1  JEFFREY D. MEYER
   MOULTON & MEYER, LLP
2  800 Taft
   Houston, Texas 77019
3  (713) 353-6699 Telephone
   (713) 353-6698 Telecopier
4  *Pro hac vice* application to be filed

5  GEORGE L. HAMPTON IV, State Bar No. 144433
   HAMPTONHOLLEY LLP
6  2101 East Coast Highway, Suite 260
   Corona del Mar, CA 92625
7  Telephone: (949) 718-4550
   Facsimile:  (949) 718-4580

8
   CHRISTOPHER A. BANDAS
9  BANDAS LAW FIRM, P.C.
   500 North Shoreline, Suite 1020
10 Corpus Christi, Texas 78471
   Telephone:  (361) 698-5200
11 Facsimile: (361) 698-5222
   *Pro hac vice* application to be filed

12
   *Additional Counsel on last page
13
   Attorneys for Plaintiff
14 MAHBOD KHALILPOUR
   and Plaintiff Class

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                       SAN FRANCISCO DIVISION

19

20

21 MAHBOD KHALILPOUR, on behalf of himself    Case No. C 09-02712 RS
   and all others similarly situated,
                                              **STIPULATION AND
22              Plaintiffs,                    [~~PROPOSED~~] ORDER**

23      v.

24 CELLCO PARTNERSHIP d/b/a VERIZON
   WIRELESS; and DOES 1 through 10, inclusive,
25
                Defendants.
26

27

28

                                    - 1 -

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. C 09-02712 RS

1

2          WHEREAS, on August 25, 2010, the parties informed the Court that they had reached a

settlement on a class-wide basis in the above-entitled matter;

3          WHEREAS, the parties previously agreed that the deadline for Plaintiff to file a motion

4   for preliminary approval of the class action settlement would be extended from January 13, 2011

5   to March 21, 2011 to allow for the completion of confirmatory discovery and the documentation

6   required for a class action settlement;

7          WHEREAS, the parties are in the process of completing the documentation required for a

8   class action settlement;

9          WHEREAS, certain issues related to confirmatory discovery have arisen;

10          WHEREAS, the parties require additional time to determine if they can resolve the

11   discovery issues and complete the documentation required for a class action settlement;

12          WHEREAS, if the parties cannot reach an agreement on the discovery issues, they may

13   seek assistance from the Court;

14          THEREFORE, it is hereby stipulated and agreed to by and between the parties, through

15   their counsel of record, that the deadline for Plaintiff to file a motion for preliminary approval of

16   the class action settlement be extended from March 21, 2011 to April 11, 2011.

17

18

19

DATED: March 18, 2011                    **ONGARO BURTT & LOUDERBACK LLP**

20

21                                        By:  /s/ *David. R. Ongaro*
                                                David R. Ongaro
22
                                          Attorneys for Plaintiff
23                                        MAHBOD KHALILPOUR

24

25   DATED: March 18, 2011                    **MORRISON & FOERSTER LLP**

26                                        By:  /s/ *Penelope Preovolos*
                                                Penelope Preovolos
27
                                          Attorneys for Defendant
28                                        CELLCO PARTNERSHIP d/b/a Verizon Wireless

- 2 -

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. C 09-02712 RS

1

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4

DATED:    3/22/11                                        By: _____

5                                                               United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

STIPULATION AND [PROPOSED] ORDER
Case No. C 09-02712 RS