*E-Filed 4/13/11*

1  JEFFREY D. MEYER
   MOULTON & MEYER, LLP
2  800 Taft
   Houston, Texas 77019
3  (713) 353-6699 Telephone
   (713) 353-6698 Telecopier
4  *Pro hac vice* application to be filed

5  GEORGE L. HAMPTON IV, State Bar No. 144433
   HAMPTONHOLLEY LLP
6  2101 East Coast Highway, Suite 260
   Corona del Mar, CA 92625
7  Telephone: (949) 718-4550
   Facsimile:  (949) 718-4580

8  CHRISTOPHER A. BANDAS
9  BANDAS LAW FIRM, P.C.
   500 North Shoreline, Suite 1020
10 Corpus Christi, Texas 78471
   Telephone:  (361) 698-5200
11 Facsimile: (361) 698-5222
   *Pro hac vice* application to be filed

*Additional Counsel on last page

Attorneys for Plaintiff
MAHBOD KHALILPOUR
and Plaintiff Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAHBOD KHALILPOUR, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 09-02712 RS<br><br>**JOINT STIPULATION AND REQUEST FOR A STATUS CONFERENCE** |

- 1 -

STIPULATION AND [PROPOSED] ORDER
Case No. C 09-02712 RS

sf-2981048

WHEREAS, on August 25, 2010, the parties informed the Court that they had reached a settlement on a class-wide basis in the above-entitled matter;

WHEREAS, the parties previously agreed that the deadline for Plaintiff to file a motion for preliminary approval of the class action settlement would be extended from January 13, 2011 to April 11, 2011 to allow for the completion of confirmatory discovery and the documentation required for a class action settlement;

WHEREAS, the parties are in the process of completing the documentation required for a class action settlement;

WHEREAS, Plaintiff has not yet filed a motion for preliminary approval of the class action settlement because the parties are continuing to work through certain issues related to confirmatory discovery;

WHEREAS, the parties require additional time to determine if they can resolve the discovery issues and complete the documentation required for a class action settlement;

WHEREAS, if the parties cannot reach an agreement on the discovery issues, the parties agree that a status conference should be scheduled;

THEREFORE, the parties hereby jointly request the Court to remove the deadline for Plaintiff to file a motion for preliminary approval of the class action settlement from its calendar and set a status conference on July 7, 2011, or a date thereafter that is convenient for the Court, to discuss the status of the settlement in this case.

DATED: April 12, 2011          **ONGARO BURTT & LOUDERBACK LLP**

By: /s/ David R. Ongaro
     David R. Ongaro

Attorneys for Plaintiff
MAHBOD KHALILPOUR

- 2 -

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. C 09-02712 RS

sf-2981048

1
2  DATED: April 12, 2011                    **MORRISON & FOERSTER LLP**
3                                           By:  /s/ Penelope Preovolos
                                                 Penelope Preovolos
4
                                           Attorneys for Defendant
5                                          CELLCO PARTNERSHIP d/b/a Verizon Wireless
6
7
8
9
10  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
11
12  DATED:  4/13/11                        By:  _____
                                                United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
- 3 -
STIPULATION AND [PROPOSED] ORDER
Case No. C 09-02712 RS

sf-2981048

**<u>ATTESTATION PURSUANT TO GENERAL ORDER 45</u>**

I, David R. Ongaro, attest that concurrence in the filing of this Stipulation and [Proposed] Order has been obtained from each of the other signatories.

DATED: April 12, 2011            By:      /s/ David R. Ongaro
                                              David R. Ongaro

- 4 -

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. C 09-02712 RS

sf-2981048

| | |
|---|---|
| 1 | |
| 2 | DAVID R. ONGARO, State Bar No. 154698 |
|   | AMELIA D. WINCHESTER, State Bar No. 257928 |
| 3 | ONGARO BURTT & LOUDERBACK LLP |
|   | 595 Market Street, Suite 610 |
| 4 | San Francisco, CA  94105 |
|   | Telephone:  (415) 433-3900 |
|   | Facsimile:  (415) 433-3950 |

- 5 -

STIPULATION AND [PROPOSED] ORDER
Case No. C 09-02712 RS

sf-2981048