**\*E-Filed 6/13/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KHALILPOUR,                                              No. C 09-02712 RS

     Plaintiff,

  v.                                                  **CLERK'S NOTICE**

CELLCO PARTNERSHIP,

     Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

     The Case Management Conference in the instant case scheduled on July 7, 2011 shall be continued to **July 14, 2011 at 10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. The parties shall file a Joint Case Management Statement at least one week prior to the Conference. Parties or counsel may appear personally or file a request to appear by telephone. If any party files such a request, all parties shall appear telephonically and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

Dated: 6/13/11                                        For the Court,
                                                     RICHARD W. WIEKING, Clerk

                                                     By: *Corinne Lew*
                                                     Courtroom Deputy Clerk