DAN MARMALEFSKY (CA SBN 95477)
DMarmalefsky@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California  90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
CELLCO PARTNERSHIP
d/b/a VERIZON WIRELESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAHBOD KHALILPOUR, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.   C 09-02712 RS<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

1  Pursuant to the Court's June 13, 2011 Order, the parties hereby submit the following Joint
2  Case Management Statement.
3  Since the filing of the parties' Joint Stipulation and Request for a Status Conference on
4  April 12, 2011 (Docket No. 50), the parties have resolved all issues related to confirmatory
5  discovery and are in the process of finalizing the documentation required for a class action
6  settlement. If the parties reach a settlement before the Status Conference set for July 14, 2011,
7  they will immediately inform the Court.
8  If the parties have not yet reached agreement by the Status Conference, they will be
9  prepared to report on the status of settlement and to propose deadlines for the motion for
10  preliminary approval of the settlement or the litigation of this case. If this case proceeds to
11  litigation, Verizon Wireless will request that the Court set a briefing schedule for Verizon
12  Wireless's motion to stay the case and to compel arbitration, and Plaintiff will request that the
13  Court set a briefing schedule on Plaintiff's motion to enforce the settlement based on the
14  Memorandum of Understanding signed by Verizon Wireless.

17  DATED: July 7, 2011                    **ONGARO & BURTT LLP**

19                                         By:   /s/ Amelia Winchester
                                                  Amelia Winchester

20                                         Attorneys for Plaintiff
21                                         MAHBOD KHALILPOUR

23  DATED: July 7, 2011                    **MORRISON & FOERSTER LLP**

24                                         By:   /s/ Penelope A. Preovolos
                                                  Penelope A. Preovolos

25                                         Attorneys for Defendant
26                                         CELLCO PARTNERSHIP d/b/a Verizon Wireless

JOINT CASE MANAGEMENT STATEMENT
CASE NO. C09-02712-RS                                                                                1
sf-3016735

1  I, Penelope A. Preovolos, am the ECF user whose ID and password are being used to file
2  this Joint Status Conference Report. In compliance with General Order 45.X.B, I hereby attest
3  that Amelia Winchester has concurred in this filing.

4  Dated: July 7, 2011

DAN MARMALEFSKY
PENELOPE A. PREOVOLOS
TIFFANY CHEUNG
MORRISON & FOERSTER LLP

By:  /s/ Penelope A. Preovolos
     Penelope A. Preovolos

*Attorneys for Defendant*
CELLCO PARTNERSHIP

JOINT CASE MANAGEMENT STATEMENT
CASE NO. C09-02712-RS
sf-3016735

2