*E-Filed 8/24/11*

1  JEFFREY D. MEYER
   MOULTON & MEYER, LLP
2  800 Taft
   Houston, Texas 77019
3  (713) 353-6699 Telephone
   (713) 353-6698 Telecopier
4  *Pro hac vice* application to be filed

5  GEORGE L. HAMPTON IV, State Bar No. 144433
   HAMPTONHOLLEY LLP
6  2101 East Coast Highway, Suite 260
   Corona del Mar, CA 92625
7  Telephone: (949) 718-4550
   Facsimile:  (949) 718-4580
8
   CHRISTOPHER A. BANDAS
9  BANDAS LAW FIRM, P.C.
   500 North Shoreline, Suite 1020
10 Corpus Christi, Texas 78471
   Telephone:  (361) 698-5200
11 Facsimile: (361) 698-5222
   *Pro hac vice* application to be filed
12
   *Additional Counsel on last page
13
   Attorneys for Plaintiff
14 MAHBOD KHALILPOUR
   and Plaintiff Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAHBOD KHALILPOUR, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 09-02712 RS<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE STATUS CONFERENCE** |

- 1 -

JOINT STIPULATION AND [PROPOSED] ORDER
Case No. C 09-02712 RS

WHEREAS, on July 14, 2011, the parties appeared before the Court for a case management conference to discuss the status of the settlement negotiations between the parties;

WHEREAS, on that date, defendant Cellco Partnership d/b/a Verizon Wireless reported that the parties had not yet reached a settlement and that if the parties could not settle this case, defendant Cellco Partnership d/b/a Verizon Wireless intended to move to compel arbitration and plaintiff represented that it intended to move to enforce a memorandum of understanding regarding the settlement;

WHEREAS, the Court set a further status conference on August 25, 2011 at 10:00 a.m. to discuss the status of the settlement;

WHEREAS, plaintiff believes there is an enforceable settlement based on the signed memorandum of understanding and defendant contends there is not a settlement;

WHEREAS, the parties have therefore agreed upon the following schedule for defendant's motion to compel arbitration and plaintiff's motion to enforce the memorandum of understanding:

Deadline for opening motions:  September 16

Deadline for oppositions:   October 14

Deadline for replies:   October 27

WHEREAS, the parties request a brief continuance of the case management conference;

THEREFORE, the parties hereby jointly request the Court to continue the case management conference currently set for August 25, 2011 until September 15, 2011.

DATED: August 24, 2011          **ONGARO BURTT & LOUDERBACK LLP**

By: /s/ David R. Ongaro
       David R. Ongaro

Attorneys for Plaintiff
MAHBOD KHALILPOUR

| | |
|---|---|
| DATED: August 24, 2011 | **MORRISON & FOERSTER LLP** |
| | By:   /s/ Penelope Preovolos |
| |        Penelope Preovolos |
| | Attorneys for Defendant |
| | CELLCO PARTNERSHIP d/b/a Verizon Wireless |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:    8/24/11         By: *[signature]*

                                          United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER
Case No. C 09-02712 RS

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David R. Ongaro, attest that concurrence in the filing of this Joint Stipulation and Request to Continue Status Conference has been obtained from each of the other signatories.

Dated: August 24, 2011                    By: /s/ David R. Ongaro
                                                  David R. Ongaro

- 4 -
JOINT STIPULATION AND [PROPOSED] ORDER
Case No. C 09-02712 RS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DAVID R. ONGARO, State Bar No. 154698
AMELIA D. WINCHESTER, State Bar No. 257928
ONGARO BURTT & LOUDERBACK LLP
595 Market Street, Suite 610
San Francisco, CA  94105
Telephone:  (415) 433-3900
Facsimile:  (415) 433-3950

- 5 -
JOINT STIPULATION AND [PROPOSED] ORDER
Case No. C 09-02712 RS