DAN MARMALEFSKY (CA SBN 95477)
DMarmalefsky@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
CELLCO PARTNERSHIP
d/b/a VERIZON WIRELESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAHBOD KHALILPOUR, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.   C 09-02712 RS<br><br>**DECLARATION OF MARIA KOLLER IN SUPPORT OF FINAL SETTLEMENT APPROVAL**<br><br>Date:   November 1, 2012<br>Time:   1:30 p.m.<br>Judge:  The Honorable Richard Seeborg<br>Courtroom:  3, 17th Floor |

I, Maria Koller, declare as follows:

1. I am employed by Verizon Communications, an affiliate of Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless"), in the position of Lead Consultant - Litigation. Except as otherwise stated, I have personal knowledge of all the matters set forth below and, if called upon to do so, I could and would competently testify thereto.

2. In connection with the proposed settlement in this case, the Verizon Wireless legal department directed that Verizon Wireless's database be searched for subscriber lines with California area codes associated with at least one purchase of an Unlimited Get It Now game on a handset and a subsequent activation of one or more new handsets on the same mobile telephone line. The subscriber lines and accounts fitting within these criteria between January 1, 2007 and May 13, 2012 were gathered ("Class List"). The Verizon Wireless legal department further directed that account holders on the Class List be identified to determine which account holders were registered for paper billing and which were registered for e-mail billing from Verizon Wireless. Based on the results of this search, the account holders on the Class List who had registered for e-mail billing and had provided an email address to Verizon Wireless were transmitted to Epiq Class Actions & Claims Solutions, Inc. In addition, at my direction, Verizon Wireless's vendor, RR Donnelly, over the course of a full bill cycle from July 2012 to August 2012, caused the Summary Notice (with a Claim Form on the back of the page) to be inserted into the paper bills of the account holders on the Class List that were registered for paper billing.

3. On July 2, 2012, at my direction, an employee of Verizon Wireless posted a notice regarding the proposed settlement on the Legal Notices page of Verizon Wireless's website, which included a link to the dedicated website for this proposed settlement, www.khalilpoursettlement.com.

4. In July 2012, at my direction, an employee of Verizon Wireless caused the Summary Notice to be published once in Sunday editions of the *San Diego Union Tribune*, *Sacramento Bee*, *San Jose Mercury News*, *Redding Record Searchlight*, *San Francisco Chronicle*, and *Los Angeles Times*.

5. At my direction, over the course of a full bill cycle from September 2012 through October 2012, an employee of Verizon Wireless included a reminder regarding the proposed settlement as a bill message on the bills sent via mail to account holders on the Class List who were registered for paper billing.

6. Attached as Exhibit A is a true and correct copy of the Summary Notice that was inserted into subscribers' bills, e-mailed, or published in the above-listed publications.

I declare under penalty of perjury, under the laws of the United States of America, that the above is true and correct. Executed on October 18, 2012.

By: _____
Maria Koller