```
 1  DAN MARMALEFSKY (CA SBN 95477)
    DMarmalefsky@mofo.com
 2  MORRISON & FOERSTER LLP
    555 West Fifth Street
 3  Los Angeles, California 90013-1024
    Telephone: 213.892.5200
 4  Facsimile: 213.892.5454

 5  PENELOPE A. PREOVOLOS (CA SBN 87607)
    PPreovolos@mofo.com
 6  TIFFANY CHEUNG (CA SBN 211497)
    TCheung@mofo.com
 7  MORRISON & FOERSTER LLP
    425 Market Street
 8  San Francisco, California 94105-2482
    Telephone: 415.268.7000
 9  Facsimile: 415.268.7522

10  Attorneys for Defendant
    CELLCO PARTNERSHIP
11  d/b/a VERIZON WIRELESS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAHBOD KHALILPOUR, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.   C 09-02712 RS<br><br>**DECLARATION OF RICKY BORGES IN SUPPORT OF FINAL SETTLEMENT APPROVAL**<br><br>Date:   November 1, 2012<br>Time:   1:30 p.m.<br>Judge:  The Honorable Richard Seeborg<br>Courtroom:  3, 17th Floor |

DECL. OF RICKY BORGES ISO FINAL SETTLEMENT APPROVAL
CASE NO. C 09-02712 RS
sf-3204607

I, Ricky Borges, declare as follows:

1. I am a Project Manager at Epiq Class Action & Claims Solutions, Inc. ("Epiq"). Except as otherwise stated, I have personal knowledge of all the matters set forth below and, if called upon to do so, I could and would competently testify thereto.

2. Epiq was retained as the Claims and Settlement Administrator for the above-entitled action.

3. On July 3, 2012, Epiq established a settlement website at www.khalilpoursettlement.com ("Settlement Website") and caused downloadable copies of the following documents related to this settlement to be posted on the website: the Notice of Pendency and Proposed Settlement of Class Action ("Full Notice"); Claim Form; Amended Complaint; Settlement Agreement and Release ("Settlement Agreement"); and Order Preliminarily Approving Settlement, Certifying Settlement Class, and Providing for Notice and Hearing ("Preliminary Approval Order"). The Settlement Website also contains information about the proposed settlement, important deadlines, instructions for submitting a claim and for objecting or requesting exclusion from the class, and an electronic claim form that allows potential Settlement Class Members to submit claims online.

4. On July 3, 2012, Epiq also established a toll-free telephone number that potential Settlement Class Members could call to obtain information about the settlement and to request copies of the Full Notice and Claim Form. As of October 17, 2012, Epiq had mailed, at no charge to Settlement Class Members, 73 copies of the Full Notice and Claim Form to those who requested these documents via the toll-free telephone number.

5. Verizon Wireless provided Epiq with a list of account holders who were identified through Verizon Wireless's databases as potential Settlement Class Members who had registered for e-mail billing, along with their e-mail addresses ("E-mail List"). On August 6, 2012, Epiq e-mailed a copy of the Summary Notice to all of the account holders on the E-mail List. These e-mails included a link to the Settlement Website.

6. On September 19, 2012, Epiq sent a separate reminder e-mail with a copy of the Summary Notice to all of the account holders on the E-mail List who had not opted out of

receiving reminder notices. These reminder e-mails also included a link to the Settlement Website.

7. As of October 17, 2012, Epiq had received 2,774 claim forms in connection with this proposed settlement.

8. As of October 17, 2012, Epiq had received one letter, postmarked on or before September 20, 2012, from a potential class member who requested to be excluded from the proposed settlement.

I declare under penalty of perjury, under the laws of the United States of America, that the above is true and correct. Executed on October 17, 2012.

By: _____
Ricky Borges